Schofield, J.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/10/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
TOR HERMANSEN and MIKKEL ERIKSEN

                Plaintiffs,

      v.

MARK DONENFELD, DONENFELD
MANAGEMENT, LLC and GETZEL SCHIFF &
PESCE, LLP

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 1:17-cv-02295

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for Plaintiffs and Defendants in the above-titled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-titled action is hereby dismissed in its entirety, including cross claims, with prejudice; and the parties shall bear their own costs and expenses, including attorneys' fees.

Dated: Morristown, New Jersey
       December 18, 2017

DONNELLY MINTER & KELLY, LLC

By: _____

Jared J. Limbach, Esq.
163 Madison Avenue, Suite 320
Morristown, New Jersey
(973) 200-6400
*Attorneys for Plaintiffs*

Dated: New York, New York
       January 3, 2018

GORDON & REES LLP

By: _____

Robert Modica, Esq.
Adam J. Hiller, Esq.
One Battery Park Plaza, 28th Floor
New York, New York 10004
(212) 269-5500
*Attorneys for Defendants*
*Mark Donenfeld and Donenfeld*
*Management LLC*

SO ORDERED

_____
HON. LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Dated: January 10, 2017
New York, New York

Dated: Lake Success, New York
_____, 2017

ABRAMS, FENSTERMAN,
FENSTERMAN EISMAN,
FORMATO, FERRARA, WOLF
& CARONE, LLP

By: /s/

Keith J. Singer, Esq.
3 Dakota Drive, Suite 300
Lake Success, New York
(516) 328-2300
*Attorneys for Defendant
Getzel Schiff & Pesce LLP*